# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex. rel.* ELIZABETH A. COOLEY | ) ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) Civil Action No. 1:20-cv-04181-TWT |
| ERMI, LLC f/k/a ERMI, INC.; THOMAS P. BRANCH, M.D.; CHUTE 15, INC.; ARTHRORESEARCH, LLC; ROBODIAGNOSTICS, LLC; and END RANGE OF MOTION IMPROVEMENT, INC. | ) ) ) ) ) ) ) ) |
| **Defendants.** | ) ) |

## MOTION TO DISMISS PLAINTIFF/RELATOR ELIZABETH A. COOLEY'S FIRST AMENDED COMPLAINT

For the reasons set forth in the accompanying memorandum in support, Defendants ERMI, LLC f/k/a ERMI, Inc.; Thomas P. Branch, M.D.; Chute 15, Inc.; Arthroresearch, LLC; Robodiagnostics, LLC; and End Range Of Motion Improvement, Inc. move to dismiss Plaintiff/Relator Elizabeth A. Cooley's First Amended Complaint in its entirety pursuant to Federal Rules of Civil Procedure 8(a), 12(b)(6), and 9(b).

- 2 -

Respectfully submitted this 4th day of October, 2021.

        **PARKER HUDSON RAINER & DOBBS LLP**

        */s/ Robert M. Brennan*
        Robert M. Brennan
        Georgia Bar No. 079798
        Jameson B. Bilsborrow
        Georgia Bar No. 505735
        303 Peachtree Street, NE
        Suite 3600
        Atlanta, Georgia 30308
        Tel: (404)-523-5300
        Fax: (404)-522-8409
        rmb@phrd.com
        jbilsborrow@phrd.com

        *Counsel for ERMI, LLC f/k/a ERMI, Inc.; Thomas P. Branch, M.D.; Chute 15, Inc.; Arthroresearch, LLC; Robodiagnostics, LLC; and End Range Of Motion Improvement, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **MOTION TO DISMISS PLAINTIFF/RELATOR ELIZABETH A. COOLEY'S FIRST AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record in this action.

This 4th day of October, 2021.

*/s/ Robert M. Brennan*
Robert M. Brennan

9103365.v1